UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELIDO PENA,

    Plaintiff,

v.                                                           Case No. 8:17-cv-1404-T-AAS

RDI, LLC.,

    Defendant.
_____/

### JURY'S VERDICT FORM

**Do you find from a preponderance of the evidence:**

1. That Melido Pena remained an employee when he performed work for RDI, LLC., at his home?

    Answer Yes or No:    **Yes**

If you answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That RDI, LLC., failed to pay Melido Pena owed overtime pay for all of his overtime hours worked?

    Answer Yes or No:    **Yes**

If you answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That RDI, LLC., knew or showed reckless disregard for whether the FLSA prohibited its conduct?

    Answer Yes or No:    **Yes**

4. That RDI, LLC., owes Melido Pena overtime wages for the time period between July 6, 2015, and July 6, 2017.

    Answer Yes or No:    **Yes**

    If your answer is "Yes," in what amount?    **$12,141.25**

*Note: Answer Question No. 5 only if you answered "Yes" to Question No. 3.*

5. That RDI, LLC., owes Melido Pena overtime wages for the time period between July 6, 2014, and July 6, 2015.

        Answer Yes or No:    **Yes**

        If your answer is "Yes," in what amount?    **$8,838**

SO SAY WE ALL,

_____
Foreperson's Signature

DATE: 4/2/2019