UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MELIDO PENA,**

    **Plaintiff,**

CASE NO.:  8:17-CV-1404-T-17AAS

vs.

**RDI, LLC, a Florida Limited Liability Company,**

    **Defendant.**                                      /

**DECLARATION OF KIMBERLY DE ARCANGELIS IN SUPPORT OF REASONABLE ATTORNEYS' FEES AND EXPENSES**

I, Kimberly De Arcangelis, Esquire, make the following declaration pursuant to 28 U.S.C. §1746 and declare as follows:

1. My name is KIMBERLY DE ARCANGELIS.  I am an attorney at the nationwide law firm of Morgan & Morgan ("M&M").

2. M&M is a national firm with over 500 attorneys, including attorneys that represent plaintiffs in a wide variety of employment matters, including individual and collective/class action litigation involving wage and hour claims.

3. M&M is the largest Plaintiff-side law firm in the United States.

4. As an attorney for M&M, I am responsible for prosecuting, as lead counsel, federal and state labor and employment claims, including claims arising under the Fair Labor Standards Act ("FLSA).

5. I undertook this representation on a purely contingent basis. Moreover, because our firm has finite resources, our acceptance of this case precluded me/us from accepting other wage and hour matters.  Neither my firm, nor I have received compensation for the services we

have rendered in this case to date, from any source.

6. When I began working at Morgan & Morgan, P.A. in March 2012, I customarily billed my clients at a rate of $350.00 for my services. My prior rate of $350.00 per hour was approved within the Middle District of Florida, including more than five years ago. *See Thomas v. Bobs Barricades, Inc.,* No.: 6:13-cv-1256-Orl-22TBS, at D.E. 11 (M.D. Fla. Oct. 4, 2013), *report and recommendation adopted,* No.: 6:13-cv-1256-Orl-22TBS, 2013 WL 5532744, at *2 (M.D. Fla. October, 7, 2013) ($350 per hour reasonable for undersigned counsel) and *Curbelo, et al. v. Mallard Cleaning Systems, LLC.*, No.: 6:14-cv-2103-Orl-37DAB, 2015 WL 13791863, at *2 (M.D. Fla. April 13, 2015), *report and recommendation adopted*, No.: 6:14-cv-2103-Orl-37DA, at D.E. 26 (M.D. Fla. April 15, 2015) (approving a rate of $350 per hour as reasonable for undersigned counsel). My rate increased to $425.00[1] per hour in late April 2015 and was recently awarded following the federal jury trial verdict in this matter. *See Pena v. RDI, LLC*, NO.:8:17-cv-01404-AAS, 2019 WL 3017574, at *2 (M.D. Fla. Jul. 10, 2019). Here, I am seeking a rate of $425.00 per hour. Based on my background, experience and skill, and recent award of this rate, I believe this rate is reasonable.

7. My hourly rate is based on the fact that I have been a member in good standing of the Florida bar practicing law since 2006 (over thirteen years), have successfully handled hundreds of FLSA cases (in multiple states and venues), and have filed and handled numerous cases in federal and state courts as well as arbitration. My experience includes more than ten workers' compensation bench trials and two jury verdicts in federal District court. I am admitted to practice in the Southern, Northern and Middle Districts of Florida, the Western District of Tennessee, the Southern District of Indiana and the Northern District of Illinois.

---

[1] *See Femia v. Melbourne Greyhound Park, LLC*, No.: 6:15-cv-113-Orl-22GJK, at D.E. 15 (M.D. Fla. April 27, 2015), *report and recommendation adopted,* No.: 6:15-cv-113-Orl-22GJK, 2015 WL 2084752, at *3 (M.D. Fla. April 30, 2015).

8. I am a recognized leader in FLSA litigation and have served or am currently serving as lead counsel in collective/class actions, including a nationwide collective action before a federal District Court in Illinois. *See Hudgins, et al. v. Total Quality Logistics, LLC,* 2016 WL 7426135 (E.D. Ill. Dec. 23, 2016) (Order conditionally certifying a nationwide class of current and former "LAET's" and a class of current and former "LAE's" and permitting the facilitation of Notice to Potential Class Members who worked for Defendant in more than 50 offices located within 26 different states); *see also, e.g., Pittman vs. Comfort Systems USA (Southeast), Inc.,* 2013 WL 525006 (M.D. Fla. Feb. 13, 2013) (conditionally certifying class of current and former full-time "Remote Service Technicians" regarding unpaid overtime claims) and *Pittman vs. Comfort Systems USA (Southeast), Inc.,* Case No. 8:12-cv-2142-30TGW, D.E. 44 (July 19, 2013) (expanding class to include additional employees of Defendant who were not included in original class certified); *Pierce, et al. vs. Frenchy's South Beach Café, Inc.,* Case No. 8:14-cv-2573-T-23TGM, D.E. 29 (M.D. Fla. April 1, 2015) (appointment as class counsel in in a Rule 23(g) class action and preliminary approval of class-wide settlement for the class of current and former tipped servers); *Pierre-Val, et al. v. Buccaneers Limited Partnership, LLC., d/b/a Tampa Bay Buccaneers*, 2015 WL 3776918 (M.D. Fla. June 14, 2015) (appointment as class counsel in a Rule 23(g) class action and preliminary approval of class-wide settlement for the class of current and former NFL cheerleaders); *Ruddell v. James L. Manfre in his official capacity as Sheriff of Flagler County Sheriff's Office*, Case No.: 3:14-cv-873-34MCR, D.E. 50 (M.D. Fla. July 30, 2015) (conditionally certifying class of current and former road patrol deputies and correctional officers) and *Beltran, et al. v. Seabreeze Electric, Inc.*, Case No.: 8:19-cv-142-VMC-CPT, D.E. 35 (M.D. Fla. June 5, 2019)(Order conditionally certifying class of current and former electricians).

9. My paralegal on this case, Becki Rodak, has trained and worked as a paralegal, specifically in FLSA cases since 2002. As represented in the hundreds of Attorney Affidavits filed in Federal Court since 2002, she has extensive experience in both state and federal court litigation, including drafting complaints, motions, discovery and affidavits. She has a vast knowledge of State and Federal Rules of Civil Procedure. A reasonable hourly rate for Mrs. Rodak's services, based on superior training, experience and skill range is $135.00 per hour.

10. Pursuant to this Court's Order (Doc. 115), the contemporaneous time records representing time expended related to preparing the September 19, 2019 Motion to Enforce Judgment and in performing subsequent work through the date that Defendant RDI, provided Plaintiff with the disc of electronic documents referenced in the Fact Information Sheet, are attached as **Exhibit "1"**.

11. The attorney time recorded on **Exhibit "1"** was all reasonably and necessarily incurred in pursuit of this case.

12. The timesheets reflect a total of 14.0 attorney hours and .40 paralegal hours were spent prosecuting this matter on behalf of Plaintiff, Melido Pena. At the rate of $425.00 per hour for me and $135.00 for Becki Rodak, paralegal and attorneys' fees in this matter as reflected in the timesheets total $**6,004.00**. *See* **Exhibit "1."**

13. Claimant's reasonable attorneys' fees in this matter to date are **$6,004.00.**

I, Kimberly De Arcangelis, declare under the penalty of perjury that the foregoing is true and correct. Executed this 30th day of March, 2020.

*/s/ Kimberly De Arcangelis*
KIMBERLY DE ARCANGELIS, ESQ.

# EXHIBIT 1

# Time Sheet

03/30/2020

Pena, Melido vs. RDI, LLC
Date Range: 9/3/2019 - 1/24/2020
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Timekeep | Amount |
|---|---|---|---|---|
| 09/03/2019 | KDD | .10 | KDD | $42.50 |
| | | | Email left for OC requesting DEF complete a fact information sheet and advising of intent to file a motion to enforce judgment | |
| 09/09/2019 | KDD | .10 | KDD | $42.50 |
| | | | Email left for OC regarding fact information sheet | |
| 09/10/2019 | KDD | .10 | KDD | $42.50 |
| | | | Email from OC re they sent DEF the FIS | |
| 09/11/2019 | KDD | .10 | KDD | $42.50 |
| | | | Email from OC re they thought they sent DEF the FIS, but didnt and so sent today | |
| 09/12/2019 | KDD | .10 | KDD | $42.50 |
| | | | Email left for OC re if not receive FIS by 9/18, intend to file the motion to enforce judgment and whether he objects | |
| 09/18/2019 | KDD | 1.20 | KDD | $510.00 |
| | | | Research and analyze cases related to Motions to Enforce Judgment | |
| 09/19/2019 | KDD | .40 | KDD | $170.00 |
| | | | Preparation of motion to enforce judgment | |
| 09/19/2019 | KDD | .10 | KDD | $42.50 |
| | | | Emails to/from OC re to state that DEF objects to motion to enforce since OC has not heard from DEF | |
| 10/07/2019 | KDD | .20 | KDD | $85.00 |
| | | | Review and analuyze order granting motion to enforce judgment and giving DEF until 11/21 to complete the FIS | |
| 11/18/2019 | KDD | .10 | KDD | $42.50 |
| | | | Email left for OC attaching order graning motion to enforce judgment and asking whether provided to DEF | |
| 11/18/2019 | KDD | 1.20 | KDD | $510.00 |
| | | | Preparation of M. Entry of OSC; research re same | |
| 11/19/2019 | KDD | .10 | KDD | $42.50 |
| | | | Email from OC re shared the order with DEF, but not heard from him | |
| 11/19/2019 | KDD | .10 | KDD | $42.50 |
| | | | Email left for OC asking if OC mailed the order and advising of my intent to file a motion for an order to show cause if not hear back by 11/22 | |
| 11/25/2019 | KDD | 1.70 | KDD | $722.50 |
| | | | Research in prep of filing motion for an order to show cause; prep of same | |
| 11/26/2019 | KDD | .10 | KDD | $42.50 |
| | | | email to OC re M for OSC | |
| 11/27/2019 | KDD | .30 | KDD | $127.50 |
| | | | Emails to/from OC re he claims he doesnt rep DEF anymore and my response re he must file proper motion and comply with rules re notice | |
| 12/05/2019 | KDD | .20 | KDD | $85.00 |
| | | | Review of OC motion to withdraw | |
| 12/05/2019 | KDD | .30 | KDD | $127.50 |
| | | | prepare response to motion to withdraw | |
| 12/06/2019 | KDD | .30 | KDD | $127.50 |
| | | | Emails to/from Judge Sansone's law clerk re hearing; emails to/from OC re same | |

Page 1

## Time Sheet

03/30/2020

Pena, Melido vs. RDI, LLC
Date Range: 9/3/2019 - 1/24/2020
Status: Pending/Released/Transferred/Exception

| Date | Attorney | Hrs | Timekeep | Amount |
|---|---|---|---|---|
| 12/12/2019 | KDD | .20 | BLR | $27.00 |
| | | | Telephone conference with client re: status. | |
| 01/07/2020 | KDD | 1.80 | KDD | $765.00 |
| | | | Research re motion for proceedings supplementary and to implead third parties | |
| 01/07/2020 | KDD | .60 | KDD | $255.00 |
| | | | Prepare for and attend hearing on motion for OSC and OC motioon to withdraw. | |
| 01/07/2020 | KDD | .30 | KDD | $127.50 |
| | | | Telephone conference with collections atty re potential representation | |
| 01/08/2020 | KDD | .50 | KDD | $212.50 |
| | | | Research additional cases and rules re supp proceedings and 3rd party implead | |
| 01/08/2020 | KDD | .80 | KDD | $340.00 |
| | | | Begin preparation of Motion for supp proceedings and to Implead | |
| 01/08/2020 | KDD | .20 | BLR | $27.00 |
| | | | Preparation of Affidavit of Judgment Lien | |
| 01/16/2020 | KDD | .40 | KDD | $170.00 |
| | | | Preparation of edits to motion for proceedings supplementary and to implead | |
| 01/17/2020 | KDD | .20 | KDD | $85.00 |
| | | | Preparation of exhibits and final edits to motion for proceedings supp to be filed today | |
| 01/20/2020 | KDD | .30 | KDD | $127.50 |
| | | | Emails to and from OC attaching FIS and regarding substitute lawyer | |
| 01/20/2020 | KDD | .30 | KDD | $127.50 |
| | | | Email prepared for Cesary Bullard re motions filed, FIS and all information re her joining as co-counsel to collect judgments | |
| 01/21/2020 | KDD | .10 | KDD | $42.50 |
| | | | Review of notice of compliance filed by OC | |
| 01/21/2020 | KDD | .10 | KDD | $42.50 |
| | | | Review of status report filed by OC | |
| 01/22/2020 | KDD | .10 | KDD | $42.50 |
| | | | Review of endorsed order directing P to file a status report | |
| 01/23/2020 | KDD | .10 | KDD | $42.50 |
| | | | Email from Cesary Bullard | |
| 01/23/2020 | KDD | .30 | KDD | $127.50 |
| | | | Telephone conference with Cesary Bullard re collecing judgment | |
| 01/23/2020 | KDD | .30 | KDD | $127.50 |
| | | | Preparation of Status Report | |
| 01/24/2020 | KDD | .10 | KDD | $42.50 |
| | | | Emails to/from clerk re Judge hearing | |
| 01/24/2020 | KDD | .10 | KDD | $42.50 |
| | | | Emails to/from OC re stil have not received the disc to go with FIS | |
| 01/24/2020 | KDD | .80 | KDD | $340.00 |
| | | | Review disc provided by DEF; provide same to Cesery Bullard | |

Total hours:   14.40                                    Total Amount:   $6,004.00